| | |
|---|---|
| 1 | **BURSOR & FISHER, P.A.** |
| 2 | L. Timothy Fisher (State Bar No. 191626) |
|   | Joel D. Smith (State Bar No. 244902) |
| 3 | 1990 North California Blvd., Suite 940 |
|   | Walnut Creek, CA 94596 |
| 4 | Telephone: (925) 300-4455 |
|   | Facsimile:  (925) 407-2700 |
| 5 | E-mail: ltfisher@bursor.com |
|   |         jsmith@bursor.com |

**BURSOR & FISHER, P.A.**
Joshua Arisohn (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jarisohn@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MASON, individually and on behalf of all others similarly situated, | Case No. 4:20-cv-06847-YGR |
| Plaintiff, | **ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| CARS.COM, LLC and LEAD INTELLIGENCE, INC. d/b/a JORNAYA, | |
| Defendants. | |

NOTICE OF DISMISSAL; CASE NO. 3:20-CV-06847-AGT

NOTICE IS HEREBY GIVEN that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stephen Mason voluntarily dismisses his claims without prejudice against all defendants in this matter.

Dated: December 14, 2020         **BURSOR & FISHER, P.A.**

By:  */s/   Joel D. Smith*
         Joel D. Smith

L. Timothy Fisher (State Bar No. 191626)
Joel D. Smith (State Bar No. 244902)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-mail: ltfisher@bursor.com
            jsmith@bursor.com

**BURSOR & FISHER, P.A.**
Joshua Arisohn (*Pro Hac Vice*)
888 Seventh Avenue, Third Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile:  (212) 989-9163
E-Mail: jarisohn@bursor.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

This Order terminates the case.

Date: 12/15/2020

_____
Yvonne Gonzalez Rogers
United States District Judge